

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Brian Duane Noel v. Oakbend Medical Center

Appellate case number:   01-21-00206-CV

Trial court case number: 19-DCV-265821

Trial court:             458th District Court of Fort Bend County

      Appellant Brian Duane Noel's motion for en banc reconsideration is **denied** as untimely.

      It is so ORDERED.

Justice's signature:  /s/ Gordon Goodman
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Date: September 29, 2022